IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN TUMLIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BLOUNT SPRINGS ) <br> MATERIALS, INC. and GOOD ) <br> HOPE CONTRACTING, INC., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 2:17-CV-00544-JEO |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Susan Tumlin, by and through her undersigned counsel, and Defendants Blount Springs Materials, Inc. and Good Hope Contracting Co., Inc., by and through their undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, give notice that this case may be dismissed with prejudice, each party to bear her or its own costs.

Respectfully submitted,

/s/ Haley Tucker
Joshua B. Sullivan, Esq.
Haley K. Tucker, Esq.
Counsel for Plaintiff Susan Tumlin

OF COUNSEL:
KNOWLES & SULLIVAN, LLC
400 Broad Street
Suite 105
Gadsden, Alabama 35901
Telephone:  (256) 547-7200
Facsimile:   (256) 467-6322
Email:        haley@kkslawgroup.com


_/s/ Carter H. Dukes_
Carter H. Dukes
Joshua S. Thompson
Counsel for Defendants Blount Springs Materials, Inc. and Good Hope Contracting Co., Inc.

OF COUNSEL:
SCOTT DUKES & GEISLER, P.C.
211 Twenty-Second Street North
Birmingham, Alabama 35203
Telephone:  (205) 251-2300
Facsimile:   (205) 251-6773
Email:        cdukes@scottdukeslaw.com
              jthompson@scottdukeslaw.com

2