# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SUSAN TUMLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | 2:17-cv-0544-JEO |
| BLOUNT SPRINGS MATERIALS, INC., ) | |
| and GOOD HOPE CONTRACTING, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

A joint stipulation of dismissal with prejudice has been filed, signed by respective counsel for all parties who have appeared. (Doc. 20). Accordingly, this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs. *See* FED. R. CIV. P. 41(a)(1)(A)(ii). The Clerk is **DIRECTED** to close the file.

**DONE**, this 1st day of September, 2017.

*/s/ John E. Ott*
_____
**JOHN E. OTT**
Chief United States Magistrate Judge